

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ___12/3/25___
DATE FILED: _____



| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **The City of New York**<br>**Law Department**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JEFFREY S. DANTOWITZ**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-0876<br>Email: jdantowi@law.nyc.gov<br>(not for service) |

December 3, 2025

**BY ECF**
Honorable Andrew L. Carter, Jr
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Wridt v. City of New York
               No. 25-cv-8903 (ALC)

Dear Judge Carter:

        This office represents Defendant in this action. For the reasons set forth below, I write to respectfully request a 44-day extension of time to respond to the Complaint from December 3, 2025 to January 16, 2026.

        In this action, Plaintiffs complain about the City's use of the Domain Awareness System and allege violations of their Fourth Amendment right to privacy and their rights under the First Amendment. Plaintiffs seek compensatory damages and various forms of broad injunctive relief.

        The Complaint is 28 pages and consists of 108 paragraphs, largely concerning the NYPD's use of the Domain Awareness System and Plaintiffs' own experience with it. This office requires additional time to investigate the factual allegations in the Complaint, conduct legal research pertinent to Plaintiffs' claims, and prepare an appropriate response. This is Defendant's first request for an extension of time to respond to the Complaint. I have conferred with Plaintiffs' counsel, who consents to this request

        I am aware that the Your Honor's Individual Practice Rules require extension requests to be made 48 hours prior to the deadline. I apologize for my non-compliance with this Rule and request that it be excused. This Office is composed of several different litigating divisions which are designated to handle certain types of matters. However, until recently there

was some uncertainty concerning which division would be handling this case, which has now ben resolved.

Accordingly, I respectfully request that Defendant's time to respond to the Complaint be extended from December 3, 2025 to January 16, 2026. As noted above, Plaintiffs' counsel has consented to this request. There are no other deadlines in this case that would be affected by this extension.

Thank you for your consideration of the foregoing.

Respectfully,

/s/ Jeffrey S. Dantowitz

Jeffrey S. Dantowitz
Assistant Corporation Counsel

cc:    All counsel of record
       (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

12/3/25