**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/2/26

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ANDREA LIBERATORE**<br>*Assistant Corporation Counsel*<br>*Phone  (212) 356-3187*<br>*Email  aliberat@law.nyc.gov* |

February 2, 2026

**BY ECF**
Hon. Andrew L. Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Wridt et al. v. City of New York* (25-cv-08903); Request for Modified Briefing Schedule for Defendant's Motion to Dismiss

Dear Judge Carter:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the City of New York (the "City" or "Defendant"). I write to respectfully request a modification of the briefing schedule for Defendant's motion to dismiss the Complaint, which was set by the Court on January 27, 2026. *See* ECF No. 14.

      Currently, Defendant's motion to dismiss is due February 17, 2026. Plaintiff's opposition to the motion is due March 10, 2026, and Defendant's reply in support of the motion is due March 17, 2026.

      After conferring with counsel for Plaintiffs, the parties have agreed to the following modified briefing schedule, which considers scheduling conflicts and obligations for the parties' counsel, including time out of the country and at trial for another action:

      Defendant's motion to dismiss due on or before **March 6, 2026**;

      Plaintiffs' opposition to Defendant's motion to dismiss due on or before **April 6, 2026**;

      Defendant's reply in support of its motion to dismiss due **April 20, 2026**.

      This is Defendant's first request to modify the briefing schedule and Plaintiffs consent to this request.

1

2

Thank you for Your Honor's consideration of this request.

                                                  Respectfully submitted,

                                                  */s/ Andrea Liberatore*
                                                  Andrea Liberatore
                                                  Assistant Corporation Counsel

**cc.** All counsel by ECF

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2/2/26