EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

March 12, 2026

**By ECF**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Wridt et al v. City of New York*, 25-cv-8903 (ALC) (BCM)

Dear Judge Carter:

      For the Plaintiffs, with the Surveillance Technology Oversight Project, we write pursuant to the Court's Individual Practices § 2(D) to inform the Court that Plaintiffs intend to file an Amended Complaint.

      Currently, Plaintiffs' opposition to Defendant's motion to dismiss is due April 6, 2026. ECF 16. But an amended pleading is currently due March 27, 2026, per Fed. R. Civ. P. 15(a)(1)(B). After conferring with counsel for Defendant, the parties have agreed to the following modified schedule, which aligns the amended pleading deadline with the previously set schedule for Plaintiff's response to the motion to dismiss:

- Plaintiff's amended complaint due on or before **April 6, 2026;**

- Defendant's response to the amended complaint due on or before **May 21, 2026**;

- Plaintiffs' opposition to Defendant's renewed motion to dismiss (if Defendant renews its motion) due on or before **June 22, 2026**;

- Defendant's reply in support of its renewed motion to dismiss (if Defendant renews its motion) due **July 6, 2026**.

      This is Plaintiffs' first request to modify the schedule and Defendant consents to this request. Thank you for Your Honor's consideration of this request.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

                                                  Respectfully submitted,

                                                  /s/ O. Andrew F. Wilson
                                                  O. Andrew F. Wilson
                                                  Adam Nasser

cc.    Darío Maestro, Esq.
       All counsel of record, *by ECF*